**FLEWELLEN v. STATE.**
No. 15706.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

Rehearing Denied Jan. 11, 1933.

Gentry & Gray, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment, two years' confinement in the penitentiary.

The indictment is in proper form. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.